**Teresa MANRING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54100.**

Missouri Court of Appeals,
Western District.

Nov. 10, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM:

Teresa Manring appeals the motion court's denial of her **Rule 24.035** motion for postconviction relief without an evidentiary hearing. She claims that her counsel was ineffective in failing to explain that as a condition of her probation, after pleading guilty, she could not use or possess illegal drugs. Ms. Manring claims her counsel's failure to inform her of this condition rendered her plea unknowing and involuntary and that she is, therefore, entitled to post-conviction relief. We disagree. Finding no precedential value to our decision, we affirm by this summary order but have provided the parties with a memo-

randum setting out the reasons for our decision. **Rule 84.16(b).**

**STATE of Missouri, Respondent,**

v.

**Kenneth BURNETT, Appellant.**

**No. WD 54010.**

Missouri Court of Appeals,
Western District.

Nov. 10, 1997.

Irene Karns, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

Per Curiam.

Kenneth Burnett appeals the circuit court's judgment convicting him of selling a controlled substance. Affirmed. Rule 30.25(b).